UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case No.:  **21-MJ-0866**

UNITED STATES OF AMERICA,

v.

JOSHUA DAVID HAVINS,

Defendant.

COMPLAINT FOR VIOLATION OF:

18 U.S.C. § 922(g)(1) –
Felon in Possession of a Firearm;

Title 26, U.S.C., § 5861(d) - Possession
of an Unregistered Firearm

The undersigned complainant being duly sworn states:

COUNT 1

On or about February 9, 2021, within the Southern District of California, defendant JOSHUA DAVID HAVINS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess five (5) firearms that traveled in and affected interstate commerce, to wit: an Armalite, model AR-180, .223 caliber rifle bearing serial number S18767; Harrington & Richardson, model 38, .38 caliber revolver bearing serial number 170559; High Standard, model Sentinel Mark IV, .22 caliber revolver bearing serial number S51919; Colt, model MKIV, Series 70 1911, .45 caliber pistol bearing serial number

10033G70; and a Springfield Armory, model 1911- A1 .45 caliber pistol bearing serial number NM329760, in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>

On or about February 9, 2021, within the Southern District of California, the defendant, JOSHUA DAVID HAVINS, did knowingly possess a firearm, to wit: a 5.56/.223 caliber Short Barreled Rifle (SBR) that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun"), which is a rifle having a barrel of less than 16 inches in length; in violation of Title 26, United States Code, Section 5861(d).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Arnesha Bahn
ATF Special Agent


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 8th day of March, 2021.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about January 25, 2021, San Diego Sheriff's Department Deputies ("SDSO") received reports of shots fired in the vicinity of a motorhome located at 4615 Park Lane., within the Southern District of California. Deputies responded to the address and observed multiple spent casings on the ground and bullet holes through the front passenger side window of an old Army truck. Subsequently, deputies made contact with the motorhome occupant, Joshua David HAVINS ("HAVINS"), a San Diego County probationer subject to 4th amendment waiver conditions. Deputies noted that HAVINS had a history of resisting law enforcement and citing a Sovereign Citizen ideology. According to deputies, HAVINS was uncooperative, refused to communicate, and refused to exit his motorhome. Consequently, deputies left the scene out of fear for officer safety.

Following confirmation of HAVINS' status as a convicted felon, SDSO deputies sought and obtained a search warrant from a San Diego Superior Court Judge for HAVINS' residence. On or about February 9, 2021, SDSO's SWAT team (Special Enforcement Detail) served the search warrant at HAVINS' residence. HAVINS refused to exit his motorhome for over three hours and refused to respond to crisis negotiators. Ultimately, a chemical agent needed to be used to get HAVINS to come out of the motorhome.

During the search of HAVINS' property, residence, and vehicles, deputies located the following six (6) firearms:

1. Armalite, model AR-18, .223 caliber rifle bearing serial number 18767
2. Harrington & Richardson, model 38, .38 caliber revolver bearing serial number 170559

3. High Standard, model Sentinel MKIV, .22 caliber revolver bearing serial number S51919 **(Reported Stolen)**

4. Colt, model MKIV 1911, .45 caliber pistol bearing serial number 10033G70

5. Springfield, model 1911, .45 caliber pistol bearing serial number NM329760

6. a 5.56/.223 caliber Short Barreled Rifle (SBR) that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun") and having a barrel of less than 16 inches in length.

During the search, deputies also located approximately 9956 miscellaneous rounds of ammunition, miscellaneous firearms parts including a milled AR-15 style lower receiver bearing no serial number, burglary tools, approximately 4.8 grams (net weight) of a substance that presumptively tested positive for methamphetamine, approximately 40 firearm magazines, a Penguin, model Pen Flare Gun bearing serial number 53774, and indicia of his residency.

Post *Miranda*, HAVINS admitted ownership of the residence and vehicles where deputies located the aforementioned items.  Furthermore, after requesting to speak with an attorney, HAVINS made multiple spontaneous statements admitting to his possession of the firearms.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 03/02/2007 | CASC- El Cajon | 11350 (A) HS - Poss Narc Control Substance (Felony) | Drug Treatment Program<br><br>Conviction Set Aside |
| 05/09/2012 | CASC – San Diego | 261.5 (C) PC – Sex w/Minor: 3+ Years Younger (Felony) | 3 Years' Probation |

| 05/30/2018 | CASC –El Cajon | 487 (A) PC – Grand theft: Money/Labor/Prop (Felony) | UNKNOWN |
|---|---|---|---|

The firearms were inspected.  Preliminary checks revealed the firearms were not manufactured in California.  Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.