UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 21-CR-1515-H |
|---|---|
| Plaintiff, | ) **STIPULATIONS OF FACT** |
| v. | ) DATE: February 7, 2023 |
| JOSHUA DAVID HAVINS, | ) TIME: 9:00 a.m. |
| Defendant. | ) The Honorable Marilyn L. Huff |

The parties hereby agree and stipulate that the following facts are true beyond a reasonable doubt:

1. The Court has previously ruled that the search of Mr. Havins' motorhome and surrounding vehicles on February 9, 2021 was lawful; therefore, the parties agree the lawfulness of the search is not an issue before this jury. During that search, the following weapons were seized:

    a. an Armalite model AR-180, .223 caliber rifle bearing serial number S18767;

    b. a Harrington & Richardson, model 38, .38 caliber revolver bearing serial number 170559;

    c.    a High Standard, model Sentinel Mark IV, .22 caliber revolver bearing serial number S51919;

    d.    a Colt, model MKIV, Series 70 1911, .45 caliber pistol bearing serial number 10033G70;

    e.    a Springfield Armory, model 1911-A1 .45 caliber pistol bearing serial number NM329760; and

Mr. Havins stipulates to the chain of custody of these items from the date of seizure on February 9, 2021 until the present day.

2. Each of the abovementioned rifles, revolvers, and pistols in Paragraph 3 had been transported, prior to its seizure, from one state to another to arrive in the state of California.

3. Under Title 18, United States Code, Section 921, the term "firearm" means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device.

4. The National Firearms Registration and Transfer Record (NFRTR) is a central registry of firearms that are required by Federal law to be registered, which includes: machineguns, silencers, short-barrel rifles, short-barreled shotguns, destructive devices, and a class of concealable firearms defined as "any other weapon," but does not include a pistol or revolver having a rifled bore.

5. The NFRTR does not contain any records of Mr. Havins having registered any firearms, including any short-barrel rifles.

//
//
//
//
//
//

-2-

STIPULATION OF FACTS IN US V. HAVINS, 21-CR-1515-H

1  These stipulations are being entered into freely and voluntarily by all parties.

2  **SO STIPULATED AND AGREED.**

4  DATED: 2/6/23

    Respectfully submitted,

    RANDY S. GROSSMAN
    United States Attorney

    CONNIE V. WU
    MARITSA A. FLAHERTY
    Assistant United States Attorneys

10  DATED: 2/6/23

    JOSHUA DAVID HAVINS
    Defendant

13  DATED: 2/6/23

    MARTIN MOLINA
    Attorney for Defendant